Date signed November 17, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 06-17385 |
|---|---|
| JENNIFER A. PICKENS aka J.A. PICKENS aka JENNIE PICKENS, | Chapter 13 |
| Debtor. | |

## MEMORANDUM OF DECISION

This case came before the court on November 6, 2007, on the Motion filed by the attorney's for the Debtor for reconsideration of this court's order sustaining the Chapter 13 Trustee's Limited Objection to Attorney's Fees, in part. For the reasons set forth herein, the court will modify its previous order.

This bankruptcy case under Chapter 13 was filed on November 17, 2006. The disclosure of compensation filed pursuant to Federal Rule of Bankruptcy Procedure 2016(b) by the Debtor's counsel reflected an agreed fee of $3,500.00, $1,200.00 of which was paid by the Debtor prior to the filing of the case with the balance of the agreed fee of $2,300.00 paid by the Chapter 13 Trustee from plan payments unless a different amount was allowed as a result of an objection to the allowance of compensation. As filed, the plan provided for the payment of $220.00 a month for 60 months. Thereafter, the plan was amended to increase payments to $375.00 a month after the first three months. That plan as amended was confirmed by order of court entered June 20, 2007. On August 13, 2007, the Chapter 13 Trustee filed a Limited Objection to the allowance of counsel's fees requesting that the fees be allowed only to the extent and terms approved by the court. The Debtor's counsel filed a Motion to Strike the Chapter 13 Trustee's Objection. The court considers the Motion to Strike as an opposition to the Chapter 13 Trustee's Objection.

On August 17, 2007, the court entered an Order allowing the fees sought with $2,000.00

paid as of confirmation and the balance to be paid at the rate of $100.00 per month thereafter.  This Motion to Reconsider that Order was timely filed and the court heard argument thereon.

Following the argument, the Debtor's counsel filed an Amended Disclosure of Compensation of Attorney for Debtor on November 9, 2007, reducing the amount sought.  Counsel "sweetened" the terms of the representation of the Debtor by reducing the fee from $3,500.00 to $3,000.00 and undertaking to represent the Debtor throughout the bankruptcy proceeding for all matters related to the Chapter 13 bankruptcy case aside from adversary proceedings, United States Trustee audits and appeals.  The terms of the modified agreement fall squarely within the presumptive fees to be routinely allowed as set for in Appendix F of the Local Rules of the United States Bankruptcy Court for the District of Maryland.  This treatment of the attorney's fees is in accord with 11 U.S.C. § 1322(a)(2) in that it provides for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507.

The court will enter an amended order.

cc:	Jennifer A Pickens aka JA Pickens aka Jennie Pickens
	33 Orchard Towne Court
	Apt 303
	Laurel, MD 20707

	R. Manny Montero
	Scott R. Robinson
	Montero Law Group, LLC
	1110 Bonifant Street
	Suite 510
	Silver Spring, MD 20910

	Timothy P. Branigan
	P.O. Box 1902
	Laurel, MD 20725-1902

**End of Memorandum of Decision**